**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Paul M. Watson,        ) | C.A. No.:  2:22-cv-01826-DCN-MHC |
|                        ) | |
| Plaintiff,             ) | |
|                        ) | **NOTICE OF REMOVAL** |
| v.                     ) | |
|                        ) | |
|                        ) | |
| City of North Charleston, ) | |
|                        ) | |
| Defendant.             ) | |

TO:   The Honorable Judges of the United States District Court for the District of South Carolina

Defendant City of North Charleston (the "City") files this Notice of Removal to remove this action from the Court of Common Pleas for the Ninth Judicial Circuit for the State of South Carolina to this Court pursuant to Rule 28 U.S.C. §§ 1331 and 1441(c). In support of this Notice, Defendant would show the following:

I.

On April 20, 2022, Plaintiff filed an action in the Court of Common Pleas for the Ninth Judicial Circuit, State of South Carolina, captioned "*Paul M. Watson v. City of North Charleston,*" and designated Case No.: 2022-CP-10-01818. (Exhibit A.) Defendant was served with the Summons and Complaint on May 16, 2022.

II.

1

The action referred to in Paragraph I is a civil action over which this Court has original and removal jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441 (a) and (c). The Complaint alleges violations of Plaintiff's federal rights under Title VII (42 U.S.C. § 2000e *et seg.*). Specifically, Plaintiff alleges he was the subject of religious discrimination and unlawful retaliation for his complaints about same. Plaintiff's Complaint does not allege any state law causes of action.

III.

This Notice of Removal has been filed within thirty (30) days after the earliest date of service of the Summons and Complaint, and the time for filing this Notice of Removal pursuant to 28 U.S.C. § 1446(b) has not expired.

IV.

Written notice of the filing of this Notice of Removal will be promptly served on counsel for Plaintiff.

V.

A true and correct copy of this Notice of Removal will be filed with the Clerk of Court of Common Pleas for the Ninth Judicial Circuit, State of South Carolina, as provided under 28 U.S.C. § 1446(d).

WHEREFORE, Defendant removes this action to this Court's jurisdiction.

                                                s/Bob J. Conley
                                                Caroline Wrenn Cleveland (FID #5478)
                                                Bob J. Conley (FID #6791)
                                                CLEVELAND & CONLEY, LLC
                                                171 Church Street, Suite 310
                                                Charleston, South Carolina 29401
                                                (843)577-9626 (telephone)
                                                (843)577-6672 (facsimile)
                                                ccleveland@clevelandlaborlaw.com
                                                bconley@clevelandlaborlaw.com

                                                ATTORNEYS FOR DEFENDANT

June 9, 2022
Charleston, South Carolina

3

## CERTIFICATE OF SERVICE

This is to certify that I have this date caused to be served a copy of Defendant's Notice of Removal on counsel for Plaintiff by depositing same in the United States Mail, First Class postage prepaid, and addressed to:

Bonnie Travaglio Hunt
HUNT LAW, LLC
4000 Faber Place Drive, Suite 300, North Charleston, SC 29405
P.O. Box 1845, Goose Creek, SC 29445
(843) 553-8709

Peter Kaufman
KAUFMAN LABOR & EMPLOYMENT SOLUTIONS, LLC
295 Seven Farms Drive, Suite C-267
Charleston, SC 29492

s/Bob J. Conley
Caroline Wrenn Cleveland (FID #5478)
Bob J. Conley (FID #6791)
CLEVELAND & CONLEY, LLC
171 Church Street, Suite 310
Charleston, South Carolina 29401
Telephone: (843) 577-9626
Facsimile: (843) 577-6672
ccleveland@clevelandlaborlaw.com
bconley@clevelandlaborlaw.com

ATTORNEYS FOR DEFENDANT

June 9, 2022
Charleston, South Carolina